IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAYE DAWN SMITH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-12-473-C |
| ) | |
| DEBBIE ALDRIDGE, Warden, ) | |
| ) | |
| Respondent. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner filed the present action pursuant to 28 U.S.C. § 2254 challenging the constitutionality of her state court convictions. The case was referred to United States Magistrate Judge Charles B. Goodwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Goodwin entered a Report and Recommendation on March 9, 2017, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

The facts and law are accurately set out in the Judge Goodwin's Report and Recommendation and there is no purpose to be served in repeating them yet again. As Judge Goodwin noted, Petitioner has failed to demonstrate and cannot demonstrate that the matters she challenges in this habeas action were decided in a manner that was contrary to or an unreasonable application of Supreme Court law. Accordingly, habeas relief is not warranted.

As set forth more fully herein, the Court adopts, in full, the Report and Recommendation of the Magistrate Judge (Dkt. No. 48). A separate judgment will issue.

IT IS SO ORDERED this 24th day of May, 2017.

ROBIN J. CAUTHRON
United States District Judge